UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRUSTMARK INSURANCE COMPANY,

        Petitioner,                  Misc. S-06-0012 FCD PAN

    v.                         [Case No. 3:03CV2114 (PCD)
INSURANCE COMMISSIONER OF THE   (District of Connecticut)]
STATE OF CALIFORNIA,

        Respondent.                 ORDER

—————————

    Petitioner's application to shorten time is granted.  E. D. Cal. L. R. 6-144 (e).  Petitioner's motion to compel discovery shall be heard Wednesday, February 8, 2006, at 9:00 a.m., in Courtroom 25.  In lieu of meeting the joint statement requirements of E. D. Cal. L. R. 37-251(c), respondent shall file its response on or before 4:00 p.m. PST, Friday, February 3,

///

///

2006; petitioner may file a reply no later than 4:00 p.m. PST, Monday, February 6, 2006.

So ordered.

Dated:   January 31, 2006.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge