UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRUSTMARK INSURANCE COMPANY,

        Petitioner,                        Misc. S-06-0012 FCD PAN

        v.                               [Case No. 3:03CV2114 (PCD)
                                           (District of Connecticut)]

INSURANCE COMMISSIONER OF THE
STATE OF CALIFORNIA,                       ORDER

        Respondent.

—oOo—

    The parties have filed a stipulation requesting that the February 8, 2006, hearing on plaintiff' motion to compel discovery be moved to Wednesday, March 8, 2006, at 9:00 a.m., in Courtroom 25. The request is granted.

    The parties shall file a joint statement in conformance with E. D. Cal. L. R. 37-251(c), on or before Friday, March 3, 2006, at 4:00 p.m. The urgency underlying the court's prior authorization of separate briefing is no longer pertinent.

So ordered.

Dated: February 3, 2006.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge